# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00802-CV

**Frederick K. Geissler and Mary E. Geissler, Appellants**

**v.**

**Texas American Title Insurance Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-05-004234, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Frederick K. Geissler and Mary E. Geissler filed a motion requesting that their appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellants' Motion

Filed:   July 3, 2007